GEORGE E. SEBRING COMPANY, a corporation, *Plaintiff in Error*, v. HOOKER HAMMOCK FARMS, a Florida Corporation, *Defendant in Error*.

Opinion filed April 28, 1931.

*Haskins, Gregory & Gordon,* for Plaintiff in Error;
*M. R. McDonald* and *P. A. Naylor,* for Defendant in
Error.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, having been approved by the Court, it is considered, ordered and adjudged by the Court that the judgment of the Court below in this cause be and the same is hereby reversed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.